# United States Court of Appeals for the Federal Circuit

## 2011-1337:  CELSIS IN VITRO V CELLZDIRECT

U.S. District Court
Northern District of Illinois
Senior Judge Milton I. Shadur

Lower Court/Agency #:  10-CV-4053
Nature of Suit:  830
Case Type:  Civil Private
DCT Type:  Infringement
Basis of Jurisdiction:  Federal Question

Notice of Appeal and Certified List Received:  04/19/2011
Notice of Appeal Filed:  04/12/2011
Docketed and Notice Sent to Parties:  04/21/2011
Certified List Filed:  04/21/2011

Fee Paid:  04/12/2011
Fee Amount:  455.00     Receipt No:  5894831

| **Date** | **Event Summary** |
|---|---|
|  | Nothing Due |
| 05/13/2011 | Appellant Principal Brief Filing Date |
| 06/27/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
| 07/14/2011 | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 08/01/2011 | Appendix Filing Date |
| 10/04/2011 | Oral Argument Date/Calendared |
| 10/21/2011 | Disposition:  Affirmed; Panel |
| 11/28/2011 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-1337:  CELSIS IN VITRO V CELLZDIRECT

## List of Parties/Representation

**Party Type/Name**         **Represented by**

**Plaintiff-Appellant**

Celsis In Vitro, Inc.         Jordan A. Sigale
  Loeb & Loeb LLP
  321 North Clark Street
  Suite 2300
  Chicago, IL  60654
  Phone #: (312)464-3109
  Fax #: (312)276-8375
  Email: jsigale@loeb.com
  Bar admit: 02/07/1996
  EOA Filed: 05/02/2011
  Principal Attorney

  Adam G. Kelly
  Loeb & Loeb LLP
  Email: akelly@loeb.com
  Bar admit: 02/25/2003
  EOA Filed: 05/02/2011

  Julie L. Langdon
  Loeb & Loeb LLP
  Email: jlangdon@loeb.com
  Bar admit: 10/12/2010
  EOA Filed: 05/02/2011

# United States Court of Appeals for the Federal Circuit

## 2011-1337:  CELSIS IN VITRO V CELLZDIRECT

| Party Type/Name | Represented by |
|---|---|
| **Defendant-Appellee** | |
| CellzDirect, Inc. | Rip Finst<br>　Life Technologies Corporation<br>　5791 Van Allen Way<br>　Carlsbad, CA  92008<br>　Phone #: (760)476-7040<br>　Fax #: (760)476-6048<br>　Email: rip.finst@lifetech.com<br>　Bar admit: 03/23/2011<br>　EOA Filed: 05/06/2011<br>　Principal Attorney<br><br>Scott David Miller<br>　Life Technologies Corporation<br>　Email: scott.miller@lifetech.com<br>　Bar admit: 02/23/2011<br>　EOA Filed: 05/12/2011 |
| Invitrogen Corporation | Rip Finst<br>　Life Technologies Corporation<br>　5791 Van Allen Way<br>　Carlsbad, CA  92008<br>　Phone #: (760)476-7040<br>　Fax #: (760)476-6048<br>　Email: rip.finst@lifetech.com<br>　Bar admit: 03/23/2011<br>　EOA Filed: 05/06/2011<br>　Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2011-1337:  CELSIS IN VITRO V CELLZDIRECT

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 04/21/2011 | F | 1 | Appeal docketed on 04/21/2011. EOD(04/21/2011 by SJ) 2011-1337 |
| 04/21/2011 | O | 2 | Official Caption.  Court Service - 04/21/11.  Filed: 04/21/11. REV(04/21/11 by SJ)  2011-1337 |
| 04/21/2011 | O | 3 | Note to file: Sealed document # 187 received from district court 4/19/11, placed in vault.  No Service Required.  Entered: 04/21/11. REV(04/21/11 by SJ)  2011-1337 |
| 05/02/2011 | O | 4 | Docketing Statement for appellant, Celsis In Vitro, Inc.  Mail Service - 04/29/11.  Filed: 05/02/11. REV(05/02/11 by RM) 2011-1337 |
| 05/02/2011 | O | 5 | Entry of Appearance for Julie L. Langdon as counsel on behalf of appellant, Celsis In Vitro, Inc.  Mail Service - 04/29/11. Filed: 05/02/11. REV(05/02/11 by SCN)  2011-1337 |
| 05/02/2011 | O | 6 | Entry of Appearance for Adam G. Kelly as counsel on behalf of appellant, Celsis In Vitro, Inc.  Mail Service - 04/29/11.  Filed: 05/02/11. REV(05/02/11 by SCN)  2011-1337 |
| 05/02/2011 | O | 7 | Certificate of Interest for appellant, Celsis In Vitro, Inc.  Mail Service - 04/29/11.  Filed: 05/02/11. REV(05/02/11 by SCN) 2011-1337 |
| 05/02/2011 | O | 8 | Entry of Appearance for Jordan A. Sigale as principal attorney on behalf of appellant, Celsis In Vitro, Inc.  Mail Service - 04/29/11.  Filed: 05/02/11. REV(05/02/11 by SCN)  2011-1337 |
| 05/02/2011 | M | 9 | Appellant [Celsis In Vitro, Inc.] - Motion to Expedite Appeal by Appellant Celsis In Vitro, Inc. [NPF]  Mail Service - 04/29/11. Filed: 05/02/11. Action on Motion (21): Motion denied. by Clerk. Filed: 06/24/11. EOD(05/02/11 by KSH)  REV(06/24/11 by LS)  2011-1337 |
| 05/02/2011 | M | 10 | Appellant [Celsis In Vitro, Inc.] - Motion for Preliminary Injunction Pending appeal pursuant to Rule 8(a). (confidential and non-confidential)  Mail Service - 04/29/11. Filed: 05/02/11. Reply 1 (15) Filed: 05/12/11 Reply 2 (19) Filed: 05/24/11 Action on Motion (23): Motion denied. by Motions Panel. Judge: Rader Filed: 07/01/11. EOD(05/02/11 by LRP) REV(07/01/11 by LS)  2011-1337 |

# United States Court of Appeals for the Federal Circuit

## 2011-1337: CELSIS IN VITRO V CELLZDIRECT

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 05/09/2011 | O | 11 | Entry of Appearance for Rip Finst as principal attorney on behalf of appellees, CellzDirect Inc., et al.  Mail Service - 05/05/11.  Filed: 05/06/11. REV(05/09/11 by SCN)  2011-1337 |
| 05/09/2011 | O | 12 | Certificate of Interest for appellees, CellzDirect Inc., et al.  Mail Service - 05/05/11.  Filed: 05/06/11. REV(05/09/11 by SCN)  2011-1337 |
| 05/09/2011 | O | 13 | Docketing Statement for appellees, CellzDirect Inc., et al.  Mail Service - 05/05/11.  Filed: 05/06/11. REV(05/09/11 by RM)  2011-1337 |
| 05/09/2011 | O | 14 | Notice of Rejection: Entry of Appearance for Scott Miller as counsel on behalf of appellees, CellzDirect Inc., et al., received 05/06/2011, cannot be filed; attorney is not a member of this bar.  Court Service - 05/09/11.  Mailed: 05/09/11. REV(05/09/11 by RM)  2011-1337 |
| 05/13/2011 | O | 16 | Entry of Appearance for Scott D. Miller as counsel on behalf of appellees, CellzDirect Inc., et al.  Mail Service - 05/11/11.  Filed: 05/12/11. REV(05/13/11 by SCN)  2011-1337 |
| 05/16/2011 | B | 17 | Celsis In Vitro, Inc. [Appellant] - Brief for Appellant Celsis In Vitro, Inc. Mail Service-05/13/11. Filed: 05/13/11. [Confidential and Nonconfidential versions]  REV(05/16/11 by SEW)  2011-1337 |
| 05/23/2011 | O | 18 | Plaintiff-Appellant Celsis in Vitro, Inc.'s notice of nonsubstantive corrections for its confidential and non-confidential principal briefs.  Mail Service - 05/20/11.  Filed: 05/20/11. REV(05/23/11 by SEW)  2011-1337 |
| 05/25/2011 | O | 20 | Letter from Julie L. Langdon, Appellant's counsel, withdrawing Appellant's Notice of Correction filed on May 20, 2011(see #18)  and replacing it with the attached submission  Mail Service - 05/24/11.  Received: 05/25/11. REV(05/25/11 by LB)  2011-1337 |
| 06/29/2011 | B | 22 | CellzDirect, Inc. and Invitrogen Corporation [Appellees] - Brief for Defendant-Appellees CellzDirect, Inc. and Invitrogen Corporation. Mail Service-06/27/11. Filed: 06/27/11. [Confidential and Nonconfidential versions]  REV(07/06/11 by AMT)  2011-1337 |
| 07/06/2011 | O | 24 | Joint Statement of Compliance with FCR 33.  Mail Service - 07/05/11.  Filed: 07/06/11. REV(07/06/11 by MDB)  2011-1337 |

# United States Court of Appeals for the Federal Circuit

## 2011-1337: CELSIS IN VITRO V CELLZDIRECT

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 07/15/2011 | B | 25 | Celsis In Vitro, Inc. [Appellant] - Reply Brief for Plaintiff-Appellant Celsis in Vitro, Inc. Mail Service-07/14/11. Filed: 07/14/11. [Confidential and Nonconfidential versions] REV(07/15/11 by VW)  2011-1337 |
| 07/22/2011 | B | 26 | Celsis In Vitro, Inc. [Appellant] - Joint Appendix (Three Volumes). Mail Service-07/21/11. Filed: 07/21/11. [Confidential and Nonconfidential versions]  REV(07/22/11 by SEW)  2011-1337 |
| 08/01/2011 | M | 27 | Appellant [Celsis In Vitro, Inc.] - Plailntiff-Appellant Celsis In Vitro, Inc.'s Motion for Leave to file Supplemental Appendix. (Supplemental Appendix submitted with the motion)  Mail Service - 07/26/11. Filed: 07/26/11. On consent. Action on Motion (28): Motion granted. by Clerk. Filed: 08/01/11. EOD(08/01/11 by JB)  2011-1337 |
| 08/01/2011 | M | 29 | Appellant [Celsis In Vitro, Inc.] - Plaintiff-Appellant Celsis In Vitro, Inc. Motion to submit Corrected Non-Confidential Joint Appendix (Volumes I - III).  Mail Service - 07/26/11. Filed: 07/26/11. On consent. Action on Motion (30): Motion granted. by Clerk. Filed: 08/01/11. EOD(08/01/11 by JB)  2011-1337 |
| 08/02/2011 | B | 31 | Celsis In Vitro, Inc. [Appellant] - Supplemental Appendix. Mail Service-07/26/11. Filed: 08/01/11.  REV(08/02/11 by SEW)  2011-1337 |
| 08/19/2011 | M | 32 | Appellant [Celsis In Vitro, Inc.] - Motion for Leave to take Judicial Notice of recent developments in Ex Parte Reexamination  Processing.  Fax Service - 08/17/11. Filed: 08/17/11. Action on Motion (50): Mooted by the clerk. by Clerk. Filed: 08/14/13. EOD(08/19/11 by LRP)  REV(08/14/13 by AMT)  2011-1337 |
| 08/19/2011 | M | 33 | Appellant [Celsis In Vitro, Inc.] - Second Motion for Leave to Take Judicial Notice of Recent developments in Ex Parte Reexamination Proceeding.  Fax Service - 08/17/11. Filed: 08/17/11. Reply 1 (35) Filed: 08/26/11 Reply 2 (37) Filed: 09/01/11 Action on Motion (51): Mooted by the clerk. by Clerk. Filed: 08/14/13. EOD(08/19/11 by LRP)  REV(08/14/13 by AMT)  2011-1337 |
| 08/22/2011 | O | 34 | NOTICE OF CALENDARING issued. Panel: 1110A on October 4, 2011.  Entered: 08/22/2011. (EOD 08/22/2011 by KSH) 2011-1337 |

# United States Court of Appeals for the Federal Circuit

## 2011-1337:  CELSIS IN VITRO V CELLZDIRECT

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 09/01/2011 | O | 36 | Response to oral argument order from the appellant, Celsis In Vitro, Inc. stating that Adam G. Kelly will argue.  Mail Service - 08/30/11.  Received: 08/31/11. REV(09/01/11 by LAW)  2011-1337 |
| 09/19/2011 | O | 38 | Response to oral argument order from the appellee, CellzDirect, Inc. et al. stating that Rip Finst will argue.  Mail Service - 09/13/11.  Received: 09/14/11. REV(09/19/11 by LAW)  2011-1337 |
| 09/21/2011 | M | 39 | Appellant [Celsis In Vitro, Inc.] - Confidential and Non-Confidential Motion for Leave to Correct the Confidential Joint Appendix. [NPF]  Mail Service - 09/20/11. Filed: 09/21/11. On consent. Action on Motion (41): Granted. by Merits Panel. Filed: 09/27/11. EOD(09/21/11 by KSH)  REV(09/27/11 by KSH)  2011-1337 |
| 09/21/2011 | M | 40 | Appellant [Celsis In Vitro, Inc.] - Third Motion for Leave to Take Judicial Notice of Recent Developments in Ex Parte Reexamination Proceeding. [NPF]  Mail Service - 09/20/11. Filed: 09/21/11. Reply 1 (43) Filed: 09/26/11  (42) Motion deferred to merits panel assigned to hear this case. Filed: 09/27/11. By: Merits Panel.  Action on Motion (47): Granted. by Merits Panel. Filed: 10/21/11. EOD(09/21/11 by KSH) REV(10/21/11 by CLT)  2011-1337 |
| 09/28/2011 | O | 44 | Ltr of counsel for appellees CellzDirect Inc. advising that portions of their brief are no longer viewed as confidential. (Sent to Panel)  Mail Service - 09/28/11.  Received: 09/28/11. REV(09/28/11 by KSH)  2011-1337 |
| 10/04/2011 | O | 45 | Submitted after ORAL ARGUMENT by Adam G. Kelly and Rip Finst. Panel: Newman, Mayer and O'Malley.  Entered: 10/04/2011. (EOD 10/04/2011 by KSH) 2011-1337 |
| 10/21/2011 | D | 46 | Disposition: Affirmed by Panel (Per Curiam). Nonprecedential Opinion. Judgment Entered: 10/21/11. Costs against Appellant. Opinion sent to parties: 10/21/11. Filed: 10/21/11. Mandate issued to the DCT: 11/28/11. REV (11/28/11 by VW) 2011-1337 |
| 11/02/2011 | O | 48 | Appellees Cellzdirect, Inc and Invitrogen Corp's Bill of Costs against appellant.  Mail Service - 11/01/11.  Filed: 11/02/11. REV(11/02/11 by LRP)  2011-1337 |

# United States Court of Appeals for the Federal Circuit

## 2011-1337: CELSIS IN VITRO V CELLZDIRECT

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 12/09/2011 | O | 49 | Costs taxed against the appellant, Celsis In Vitro, Inc. in the amount of $942.40.  No Service Required.  Entered: 12/09/11.  REV(12/09/11 by AR)  2011-1337 |